COHEN v. RATNER et al.

(Supreme Court, Appellate Division, First Department. November 7, 1913.)

TRIAL (§ 141*)—QUESTIONS OF LAW OR FACT—DIRECTION OF VERDICT.

Where, at the close of plaintiff's evidence, he had made out a prima facie case, and there was no evidence presented by defendants which established any defense, the court should have directed a verdict for plaintiff.

[Ed. Note.—For other cases, see Trial, Cent. Dig. § 336; Dec. Dig. § 141.*]

Appeal from Trial Term, New York County.

Action by Julius Cohen against Julius Ratner and others. From a judgment for defendants, and from an order denying plaintiff's motion for a new trial, he appeals. Reversed, and new trial ordered.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Joseph Goldfein, of New York City, for appellant.
Edward Cahn, of New York City, for respondents.

PER CURIAM. At the close of the plaintiff's case he had made out a prima facie case, and there was no evidence presented by the defendants which established any defense. There should, therefore, have been a direction of a verdict in favor of the plaintiff.

The judgment and order should be reversed, and a new trial ordered, with costs to appellant to abide the event.